# ZEISLER PLLC
ATTORNEYS AT LAW

45 ROCKEFELLER PLAZA
20TH FLOOR
NEW YORK, NY 10111

AARON M. ZEISLER
PARTNER

TEL: (212) 671-1921
FAX: (888) 229-1178
WWW.ZEISLER-LAW.COM

DIRECT: (917) 410-7712
E-MAIL: AARON@ZEISLER-LAW.COM

January 4, 2023

**Via ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

    Re:   <u>*Olohan v. Google LLC, et al.,* Case No. 1:22-cv-10163 (VEC)(KP)</u>

Dear Judge Caproni:

    This firm has been retained to represent Tiffany Miller, who was named in the above-captioned action as a defendant in her individual capacity.

    We have entered into a stipulation with plaintiff's counsel (copy enclosed) agreeing to waive objections to service of process in exchange for an extension of Ms. Miller's time in which to answer, move or otherwise respond to the Complaint through and including February 9, 2023. We respectfully request that the Court "So Order" the stipulation.

    Respectfully,

    Aaron M. Zeisler

cc:  All counsel of record