UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RYAN OLOHAN,

                Plaintiff,

    – against –

GOOGLE LLC and TIFFANY MILLER, individually,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:22-cv-10163 (VEC)(KP)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendant Tiffany Miller ("Ms. Miller") that the last day for Ms. Miller to answer, move or otherwise respond to the Complaint shall be February 9, 2023, and that Ms. Miller shall not assert a defense of insufficient process or insufficient service of process.

Dated: January 4, 2023

| ZEISLER PLLC | RISSMILLER PLLC |
|---|---|
| /s/ Aaron M. Zeisler | /s/ Alex Rissmiller |
| Aaron M. Zeisler | Alex Rissmiller |
| Meghan H. Sullivan | 5 Pennsylvania Plaza, 19th Floor |
| 45 Rockefeller Plaza, 20th Floor | New York, NY 10001 |
| New York, NY 10111 | Tel: (646) 664-1412 |
| Tel: (212) 671-1921 | arissmiller@rissmiller.com |
| aaron@zeisler-law.com | |
| meghan@zeisler-law.com | *Attorneys for Plaintiff* |
| | |
| *Attorneys for Defendant Tiffany Miller* | |

**SO ORDERED:**

_____
Hon. Valerie E. Caproni
United States District Judge