UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN OLOHAN,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>GOOGLE LLC and TIFFANY MILLER, individually,<br><br>　　　　Defendants. | CASE NO. 1:22-CV-10163<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Emily R. Pidot of Paul Hastings LLP is admitted to practice in this Court, and hereby enters an appearance as counsel for Google LLC in the above-captioned action.

Dated:  New York, New York
　　　　January 30, 2023

　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Emily R. Pidot
　　　　　　　　　　　　　　　　　　　　　　emilypidot@paulhastings.com
　　　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　　　Phone:  (212) 318-6000
　　　　　　　　　　　　　　　　　　　　　　Fax:  (212) 319-4090

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　GOOGLE LLC

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on this January 30, 2023, I caused a true and exact copy of the foregoing NOTICE OF APPEARANCE to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice and copies of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: January 30, 2023

                                                          Emily K. Pidot