UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RYAN OLOHAN

Plaintiff(s)

- v -

GOOGLE LLC and TIFFANY MILLER, individually

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:22-cv-10163-VEC

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Google LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses that it is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company owns 10% or more of Alphabet Inc.'s stock.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Google LLC is organized under the laws of the state of Delaware, and its principal place of business is Mountain View, California. Google LLC's only member, XXVI Holdings Inc., is incorporated under the laws of the state of Delaware. Alphabet Inc., a holding company of XXVI Holdings Inc., is also incorporated under the laws of the state of Delaware.

The filing of this statement does not waive any argument, claim, or defense available to Google LLC in this action.

Date   January 30, 2023

_____
Signature of Attorney

4545604
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022