UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN OLOHAN,<br><br>        Plaintiff,<br><br> -against-<br><br>GOOGLE LLC and TIFFANY MILLER, individually,<br><br>        Defendants. | **CASE NO. 1:22-CV-10163**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sara B. Tomezsko of Paul Hastings LLP is admitted to practice in this Court, and hereby enters an appearance as counsel for Google LLC in the above-captioned action.

Dated:  New York, New York
       January 30, 2023

                                              PAUL HASTINGS LLP

                                              By: _____
                                                  Sara B. Tomezsko
                                                  saratomezsko@paulhastings.com
                                                  200 Park Avenue
                                                  New York, New York 10166
                                                  Phone:  (212) 318-6000
                                                  Fax:  (212) 319-4090
                                                  *Attorneys for Defendant*
                                                  GOOGLE LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this January 30, 2023, I caused a true and exact copy of the foregoing NOTICE OF APPEARANCE to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice and copies of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  January 30, 2023

_____
Sara B. Tomezsko