**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RYAN OLOHAN,

                Plaintiff,

     -against-

GOOGLE LLC and TIFFANY MILLER,
individually,

             Defendants.

**CASE NO. 1:22-CV-10163**

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Matthew S. Aibel of Paul Hastings LLP is admitted to

practice in this Court, and hereby enters an appearance as counsel for Google LLC in the above-

captioned action.

Dated:  New York, New York
       January 30, 2023

PAUL HASTINGS LLP

By: _Matthew S. Aibel_ _____

    Matthew S. Aibel
    matthewaibel@paulhastings.com
    200 Park Avenue
    New York, New York 10166
    Phone:  (212) 318-6000
    Fax:  (212) 319-4090
    *Attorneys for Defendant*
    GOOGLE LLC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on this January 30, 2023, I caused a true and exact copy of the foregoing NOTICE OF APPEARANCE to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice and copies of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: January 30, 2023

_____

Matthew S. Aibel