**ZEISLER PLLC**
ATTORNEYS AT LAW

45 ROCKEFELLER PLAZA
20TH FLOOR
NEW YORK, NY 10111

TEL: (212) 671-1921
FAX: (888) 229-1178
WWW.ZEISLER-LAW.COM

AARON M. ZEISLER
PARTNER

DIRECT: (917) 410-7712
E-MAIL: AARON@ZEISLER-LAW.COM

June 13, 2023

**Via ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    *Olohan v. Google LLC, et al.,* Case No. 1:22-cv-10163 (VEC)(KP)

Dear Judge Caproni:

      This firm represents Defendant Tiffany Miller in the above-captioned action. I write pursuant to section 1.C of the Court's Individual Practice in Civil Cases to request an adjournment of the initial pretrial conference scheduled for June 23, 2023 (ECF No. 21). This is the first request to adjourn the initial pretrial conference.

      Neither I nor my colleague, Meghan Sullivan, are available on June 23; I will be in France celebrating my wedding anniversary and Ms. Sullivan will be in Washington D.C. on a family vacation. We have conferred with counsel for Plaintiff and for Defendant Google LLC, who consent to our request for an adjournment. Counsel for all parties are available after 12:00 p.m. on June 30th; should the Court require an adjournment to a different date, we would be happy to coordinate with counsel for all parties to provide additional options.

      Respectfully,

      Aaron M. Zeisler

cc:  All counsel of record