

1(212) 318-6279
emilypidot@paulhastings.com

The conference is rescheduled to February 1, 2024 at 10:30 AM. The Clerk of Court is directed to terminate the motion at ECF No. 55.

SO ORDERED.

January 29, 2024

**VIA ECF**

Arun Subramanian, U.S.D.J.
Date: January 29, 2024

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007
(212) 805-0238

Re:   Olohan v. Google LLC et al.; No. 22-cv-10163-AS

Dear Judge Subramanian:

We represent Google LLC in the above-referenced matter. We write concerning the conference the Court scheduled for Wednesday January 31, 2024 at 11:00 AM (ECF No. 53).  The undersigned lead trial counsel for Google, has a prior commitment during that time.  Pursuant to your Individual Practices, Rule 3(E), we seek to adjourn the hearing until Thursday February 1, 2024.  All parties consent to this request and are available to hold the conference at any time between 9:00 AM and 1:00 PM on Thursday February 1.

This is Google's first request for an extension of time of this hearing date.

Respectfully submitted,

Emily R. Pidot
of PAUL HASTINGS LLP

ERP