**ZEISLER PLLC**

ATTORNEYS AT LAW

MEGHAN H. SULLIVAN
PARTNER

45 ROCKEFELLER PLAZA
20TH FLOOR
NEW YORK, NY 10111

DIRECT: (917) 979-4459
E-MAIL: MEGHAN@ZEISLER-LAW.COM

TEL: (212) 671-1921
FAX: (888) 229-1178
**WWW.ZEISLER-LAW.COM**

July 24, 2024

**<u>Via ECF</u>**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

> Re:   *Olohan v. Google LLC, et al.,* No. 1:22-cv-10163 (AS)

Dear Judge Subramanian:

We represent defendant Tiffany Miller in the above-referenced action and write in response to plaintiff's counsel's letter dated July 23, 2024 (ECF No. 137) to provide context for Ms. Miller's declining to stipulate to the dismissal of the claims asserted against her.

Contrary to plaintiff's counsel's suggestion, Ms. Miller did not agree to settle the claims Mr. Olohan brought against her individually and is not a signatory to the referenced settlement agreement. From the outset of this deeply flawed lawsuit, Ms. Miller has maintained that the allegations against her are entirely baseless. The facts established during discovery – including Mr. Olohan's own deposition testimony that Ms. Miller never discriminated against him on the basis of his race or gender and the extensive evidence showing that Ms. Miller had nothing to do with plaintiff's termination for his own misconduct – stand in stark contrast to the claims plaintiff made in his pleadings, as set forth in Ms. Miller's pending summary judgment motion. *See* ECF Nos. 90, 131.

Given the reputational harm Ms. Miller has suffered as a result of plaintiff's meritless allegations, she is unwilling to sign a stipulation permitting Mr. Olohan to walk away from his claims at the eleventh hour of this litigation to avoid either the adjudication of her summary judgment motion or a judicial determination that dismissal with prejudice is warranted here. Put simply, Ms. Miller cannot in good conscience stipulate to the voluntary dismissal of claims that never should have been brought.

Respectfully,

/s/ Meghan H. Sullivan

Meghan H. Sullivan

cc:  All counsel of record